[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 17-12290
Non-Argument Calendar

_____

D.C. Docket No. 1:16-cr-20915-JEM-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LEYSMILAN RODRIGUEZ,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(March 6, 2018)

Before WILLIAM PRYOR, ANDERSON, and EDMONDSON, Circuit Judges.

PER CURIAM:

Leysmilan Rodriguez appeals his 78-month sentence, imposed at the low end of the advisory guideline range, after pleading guilty to one count of conspiracy to commit health care and wire fraud.  The doctrine of invited error precludes Rodriguez from arguing that he was not an organizer or leader of this conspiracy: he agreed to recommend that the district court conclude he was an organizer or leader of the criminal activity in question.  For background, see *United States v. Love*, 449 F.3d 1154 (11th Cir. 2006).

AFFIRMED.